Debevoise & Plimpton

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

September 21, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Ralph Sagher v. LWF, Inc.*, No. 1:26-cv-08038-AS (S.D.N.Y.)**

Dear Judge Subramanian,

We represent Defendant LWF, Inc. in the above-captioned case. We submit this letter motion pursuant to Rule 3(E) of Your Honor's Individual Practices in Civil Cases to request an adjournment of the initial pre-trial conference, currently scheduled for December 17, 2026. *See* ECF No. 7.

Defendant respectfully requests that the pre-trial conference be rescheduled to the week of December 7, 2026, as Lead Trial Counsel for Defendant will be out of the country during the week of December 14-18, 2026. Plaintiff's counsel has consented to this request.

This is Defendant's first adjournment request. No other pending deadlines or dates in this case will be impacted by the requested adjournment.

Respectfully submitted,

*s/ Jyotin Hamid*
Jyotin Hamid
jhamid@debevoise.com
J. Robert Abraham
jrabraham@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000

*Counsel for LWF, Inc.*

The request for an adjournment is GRANTED. The pretrial conference is adjourned to 3 pm on December 10, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 23, 2026